**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26388-DPG/DSW**

IRA ROSNER, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*,

v.

DELAWARE LIFE INSURANCE COMPANY; GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001, INC.; TWG GLOBAL HOLDINGS, LLC; GUGGENHEIM PARTNERS, LLC; and MARK WALTER,

*Defendants*.

CLASS ACTION

**DEFENDANTS' UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Delaware Life Insurance Company ("Delaware Life"), Group 1001 Insurance Holdings, LLC ("Group 1001 Insurance"), Group 1001, Inc. ("Group 1001"), TWG Global Holdings, LLC ("TWG Global"), Guggenheim Partners, LLC ("Guggenheim Partners"), and Mark Walter ("Walter") (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1(a)(1)(J), respectfully request that this Court enter an Order granting the Defendants an extension to answer, move, or otherwise respond to the Complaint until November 30, 2026. In support thereof, the Defendants state as follows:

1. Plaintiff Ira Rosner ("Plaintiff") filed a class action complaint (the "Complaint") on September 16, 2026. (D.E. 1.)

2. The current deadlines to answer, move, or otherwise respond to the Complaint are:

- Delaware Life: October 8, 2026;
- Group 1001 Insurance: October 8, 2026;
- Group 1001: October 8, 2026;
- TWG Global: October 8, 2026;
- Guggenheim Partners: October 8, 2026; and
- Walter: November 30, 2026.

*See* D.E.s 5-10.

3. Plaintiff does not object to consolidating the response deadlines for all Defendants to November 30, 2026, the latest deadline currently set.

To promote efficiency, enable coordinated briefing, and comply with the Court's order that multiple defendants file joint motions with co-parties (*see* D.E. 4), Defendants respectfully request that this Court enter an Order consolidating their response deadlines and granting them an extension of time through and including November 30, 2026, to answer, move, or otherwise respond to the Complaint.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Undersigned counsel for Defendants hereby certify that Plaintiff's counsel was consulted via e-mail on October 1, 2026, and stated that Plaintiff does not oppose the requested extension and relief sought herein.

Dated: October 7, 2026

***Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.:***

*/s/ Vanessa Singh Johannes*
Vanessa Singh Johannes
Florida Bar No. 1028744
Email: Vanessa.Johannes@foley.com
FOLEY & LARDNER LLP
200 S. Biscayne Blvd., Suite 2100

Miami, Florida 33131
Phone: (305) 482-8400

*/s/ Timothy J. Perla*
Timothy J. Perla
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Email: timothy.perla@wilmerhale.com
*Pro Hac Vice Application Pending*

Christopher Bouchoux
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Phone: (212) 230-8800
Email:
christopher.bouchoux@wilmerhale.com
*Pro Hac Vice Application Pending*

***Counsel for Defendants TWG Global Holdings, LLC and Mark Walter:***
*/s/ Daniel M. Blouin*
Daniel M. Blouin
WINSTON TAYLOR, LLP
300 N. LaSalle, Suite 4400
Chicago, IL 60654
Phone: (312) 558-7544
Email: dan.blouin@winstontaylor.com

***Counsel for Defendant Guggenheim Partners, LLC:***
*/s/ Audra J. Soloway*
Audra J. Soloway
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Phone: (212) 373-3289
Email: asoloway@paulweiss.com