UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:26-cv-26388-DPG

IRA ROSNER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

DELAWARE LIFE INSURANCE COMPANY, et al.,

Defendants.

_______________________________________/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Ira Rosner, by and through his undersigned counsel, pursuant to Local Rule 16.1 and Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits this Certificate of Interested Parties and Corporate Disclosure Statement:

The complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party are as follows:

(a) Plaintiff Ira Rosner;

(b) Stuart A. Davidson, Counsel for Plaintiff;

(c) Mark J. Dearman, Counsel for Plaintiff;

(d) Facundo M. Scialpi, Counsel for Plaintiff;

(e) Robbins Geller Rudman & Dowd LLP, Counsel for Plaintiff;

(f) Delaware Life Insurance Company, Defendant;

(g) Group 1001 Insurance Holdings, LLC, Defendant;

(h) Group 1001, Inc., Defendant;

(i) Vanessa Singh Johannes, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.;

(j) Foley & Lardner LLP, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.;

(k) Timothy J. Perla, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.;

(l) Christopher Bouchoux, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.;

(m) Wilmer Cutler Pickering Hale and Dorr LLP, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.;

(n) TWG Global Holdings, LLC, Defendant;

(o) Mark Walter, Defendant;

(p) Elisa H. Baca, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter;

(q) Daniel M. Blouin, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter;

(r) Frank Battaglia, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter;

(s) Winston Taylor LLP, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter;

(t) Guggenheim Partners, LLC, Defendant;

(u) Audra J. Soloway, Counsel for Defendant Guggenheim Partners, LLC;

(v) Paul, Weiss, Rifkind, Wharton & Garrison LLP, Counsel for Defendant Guggenheim Partners, LLC

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff is not a corporate entity.

DATED: October 21, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON
Florida Bar No. 84824
MARK J. DEARMAN
Florida Bar No. 982407
FACUNDO M. SCIALPI
Florida Bar No. 1030791

**Stuart A. Davidson**
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
fscialpi@rgrdlaw.com

Attorneys for Plaintiff Ira Rosner