**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-26388-DPG/DSW**

IRA ROSNER, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*,

v.

DELAWARE LIFE INSURANCE COMPANY; GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001, INC.; TWG GLOBAL HOLDINGS, LLC; GUGGENHEIM PARTNERS, LLC; and MARK WALTER,

*Defendants*.

CLASS ACTION

**DEFENDANTS DELAWARE LIFE INSURANCE COMPANY, GROUP 1001 INSURANCE HOLDINGS, LLC, AND GROUP 1001, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc. (collectively, "Defendants"), by and through undersigned counsel, hereby submit their Corporate Disclosure Statement. Each Defendant is a nongovernmental corporate party, and no publicly held corporation owns 10% or more of any Defendant's stock or membership interests. Each Defendant's parent entities are identified below.

Delaware Life Insurance Company is a wholly owned subsidiary of DLIC Sub-Holdings, LLC. DLIC Sub-Holdings, LLC is wholly-owned by DLIC Holdings, LLC, which is wholly owned by Group 1001 Insurance Holdings, LLC.

Group 1001 Insurance Holdings, LLC is wholly owned by Group 1001, Inc.

TWG Financial Holdings, LLC owns 91.89% of Group 1001, Inc. TWG Financial Holdings, LLC is wholly owned by TWG Global, LLC. The additional upstream entities which together wholly own TWG Global, LLC are TWG Global Parent, LLC; TWG Global Holdings, LLC; DLHPII Private and Middle Market Investment Holdings, LLC; DLICM, LLC; DLHPII Equity Participation Company, LLC; and TWF Global Holdings, LLC.

Mark R. Walter, an individual, is the ultimate owner of all the aforementioned entities.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendants state as follows. Delaware Life Insurance Company and Group 1001, Inc. are each a corporation incorporated under the laws of Delaware with its principal place of business in Zionsville, Indiana, and each therefore is a citizen of Delaware and Indiana for purposes of 28 U.S.C. § 1332. Group 1001 Insurance Holdings, LLC is a limited liability company whose sole member is Group 1001, Inc.; accordingly, Group 1001 Insurance Holdings, LLC is a citizen of Delaware and Indiana for purposes of 28 U.S.C. § 1332.

Dated: October 22, 2026

*/s/ Vanessa Singh Johannes*
Vanessa Singh Johannes
Florida Bar No. 1028744
Vanessa.Johannes@foley.com
FOLEY & LARDNER LLP
200 S. Biscayne Blvd., Suite 2100
Miami, Florida 33131
Phone: (305) 482-8400

*/s/ Timothy J. Perla*
Timothy J. Perla
WILMER CUTLER
PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
timothy.perla@wilmerhale.com

*Pro Hac Vice Forthcoming*

*/s/ Christopher Bouchoux*
Christopher Bouchoux
WILMER CUTLER
PICKERING HALE AND
DORR LLP
7 World Trade
Center 250
Greenwich Street
New York, New York
10007 Phone: (212)
230-8800
christopher.bouchoux@wilmerhale.com
*Pro Hac Vice Forthcoming*

*Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.*