**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IRA ROSNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE LIFE INSURANCE COMPANY; GROUP 1001 INSURANCE HOLDINGS, LLC; GROUP 1001, INC.; TWG GLOBAL HOLDINGS, LLC; GUGGENHEIM PARTNERS, LLC; and MARK WALTER<br><br>Defendants | Case No. 1:26-cv-26388-DPG<br><br>CLASS ACTION |

**DEFENDANT TWG GLOBAL HOLDINGS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, TWG Global Holdings, LLC ("TWG"), by and through undersigned counsel, hereby submits its Corporate Disclosure Statement. TWG is a nongovernmental corporate party, and no publicly held corporation owns 10% or more of TWG's stock or membership interests. TWG's parent entities are identified below.

DLICM, LLC, a Delaware limited liability company, owns a 72.92% interest in TWG, and DLHPII Equity Participation Company, LLC, a Delaware limited liability company, owns a 27.08% interest in TWG.

Mark R. Walter, an individual, holds 100% of the voting membership interests in each of DLICM, LLC and DLHPII Equity Participation Company, LLC.

Because Plaintiff invokes this Court's jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d), rather than 28 U.S.C. § 1332(a), no disclosure statement is required under Rule 7.1(a)(2). TWG reserves the right to supplement this statement pursuant to Rule 7.1(b)(2).

Pursuant to the Court's October 7, 2026 Order (ECF No. 15), TWG submits that the following persons, associated persons, firms, partnerships, or corporations may have a financial interest in the outcome of this case:

1. Ira Rosner
2. Delaware Life Insurance Company
3. Group 1001 Insurance Holdings, LLC
4. Group 1001, Inc.
5. Guggenheim Partners, LLC
6. Guggenheim Capital, LLC
7. Mark Walter
8. Stuart A. Davidson, Counsel for Plaintiff
9. Mark J. Dearman, Counsel for Plaintiff
10. Facundo M. Scialpi, Counsel for Plaintiff
11. Robbins Geller Rudman & Dowd LLP, Counsel for Plaintiff
12. Vanessa Singh Johannes, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.
13. Foley & Lardner LLP, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.
14. Timothy J. Perla, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.

15. Christopher Bouchoux, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.

16. Wilmer Cutler Pickering Hale and Dorr LLP, Counsel for Defendants Delaware Life Insurance Company, Group 1001 Insurance Holdings, LLC, and Group 1001, Inc.

17. Elisa H. Baca, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter

18. Daniel M. Blouin, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter

19. Frank Battaglia, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter

20. Winston Taylor LLP, Counsel for Defendants TWG Global Holdings, LLC and Mark Walter

21. Audra J. Soloway, Counsel for Defendant Guggenheim Partners, LLC

22. Kristina A. Bunting, Counsel for Defendant Guggenheim Partners, LLC

23. Andrew E. Wingens, Counsel for Defendant Guggenheim Partners, LLC

24. Paul, Weiss, Rifkind, Wharton & Garrison LLP, Counsel for Defendant Guggenheim Partners, LLC

25. Adam Schachter, Counsel for Defendant Guggenheim Partners, LLC

26. Bailey Beauchamp Shayne, Counsel for Defendant Guggenheim Partners, LLC

27. Gelber Schachter & Greenberg, P.A., Counsel for Defendant Guggenheim Partners, LLC

28. DLICM, LLC

29. DLHPII Equity Participation Company, LLC

Dated: October 30, 2026

Respectfully submitted,

/s/ *Elisa H. Baca*

Elisa H. Baca (Florida Bar No. 1003009)
elisa.baca@winstontaylor.com
WINSTON TAYLOR LLP
200 S. Biscayne Boulevard, Suite 1700
Miami, FL 33131
Telephone: (305) 910-0500
Facsimile: (305) 910-0505

Daniel M. Blouin (admitted *pro hac vice*)
Frank Battaglia (admitted *pro hac vice*)
dan.blouin@winstontaylor.com
frank.battaglia@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Drive
Chicago, IL 60654-3406
(312) 558-7544

*Counsel for Defendant TWG Global Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Elisa H. Baca*
Elisa H. Baca