**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:26-cv-26388-GAYLES/SHAW-WILDER**

**IRA ROSNER, Individually and**
**on Behalf of All Others Similarly Situated,**

**Plaintiff,**

**CLASS ACTION**

**v.**

**DELAWARE LIFE INSURANCE**
**COMPANY, *et al.*,**

**Defendants.**
______________________________________/

**ROBERT L. KALINSKY, Individually and**
**on Behalf of All Others Similarly Situated,**

**CLASS ACTION**

**Plaintiff,**

**Case No. 0:26-cv-62823-DPG**

**v.**

**DELAWARE LIFE INSURANCE**
**COMPANY, *et al.*,**

**Defendants.**
______________________________________/

**ERIC E. GREEN, Individually and**
**on Behalf of All Others Similarly Situated,**

**CLASS ACTION**

**Plaintiff,**

**Case No. 1:26-cv-27500-DPG**

**v.**

**CLEAR SPRING LIFE AND ANNUITY**
**COMPANY, *et al.*,**

**Defendants.**
______________________________________/

**ORDER**

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion to Consolidate Related Actions and Regarding Service ("Motion") [ECF No. 28], and having carefully reviewed the Motion and being otherwise fully advised, the Court hereby orders as follows:

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following actions are hereby consolidated for all purposes, including for pre-trial proceedings and trial:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Rosner v. Del. Life Ins. Co.* | 1:26-cv-26388-GAYLES | September 16, 2026 |
| *Kalinsky v. Del. Life Ins. Co.* | 0:26-cv-62823-GAYLES | October 7, 2026 |
| *Greene v. Group 1001, Inc.* | 1:26-cv-27500-GAYLES | October 23, 2026 |

1. Every document filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **In re DELAWARE LIFE AND CLEAR SPRING ANNUITY LITIGATION** | **Lead Case No. 1:26-cv-26388-GAYLES** |
| **This Document Relates To:**<br>**ALL ACTIONS.** | **(Consolidated with Case Nos. 0:26-cv-62823-GAYLES & 1:26-CV-27500-GAYLES )**<br>**CLASS ACTION** |

2. The file in *Rosner* shall constitute the master file for every action in the consolidated action, and all further filings shall be made only in the master file. The Clerk shall administratively close the *Kalinsky* and *Greene* actions. When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To," as reflected in Paragraph 2 above. When a document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To," the

docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

3. Within twenty (20) days of this Order, Plaintiffs shall file a consolidated complaint in the master file which shall supersede the complaints filed in the above-captioned actions and shall be the operative complaint in the consolidated action.

4. Defendants need not answer or otherwise respond to the complaints consolidated into this action. Defendants shall answer or otherwise respond to the consolidated complaint within 45 days of its filing.

5. Should Defendants file a motion to dismiss Plaintiffs' consolidated complaint, Plaintiffs shall have 45 days from the filing of the motion to respond in opposition, and Defendants shall have 30 days from the filing of Plaintiffs' opposition to file their reply.

6. Any action subsequently filed in, removed to, or transferred to this District that arises out of the same or substantially similar facts as the consolidated action shall, upon assignment or transfer to the undersigned, be consolidated into this action. Counsel for any party who becomes aware of such an action shall promptly file a Notice of Pending, Refiled, Related, or Similar Actions in accordance with Local Rule 3.8, and Plaintiffs' counsel shall serve a copy of this Order on counsel in that action.

7. This Order shall apply to every such action, absent an Order of the Court. A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after the party's action is consolidated into this action.

8. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

9. The Court acknowledges Defendants' agreement, through their undersigned counsel, to accept service of process in *Rosner* and *Kalinsky*, effective as of the filing of this Motion, and in any later-filed action consolidated into this action under this Order. Defendants preserve all defenses and objections other than insufficient process and insufficient service of process.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**