**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:26-cv-26388-GAYLES/SHAW-WILDER**

**IRA ROSNER, Individually and**
**on Behalf of All Others Similarly Situated,**

**Plaintiff,** **<u>CLASS ACTION</u>**

**v.**

**DELAWARE LIFE INSURANCE**
**COMPANY, *et al.*,**

**Defendants.**
**_____________________________________/**

**ROBERT L. KALINSKY, Individually and**
**on Behalf of All Others Similarly Situated,** **<u>CLASS ACTION</u>**

**Plaintiff,** **Case No. 0:26-cv-62823-DPG**

**v.**

**DELAWARE LIFE INSURANCE**
**COMPANY, *et al.*,**

**Defendants.**
**_____________________________________/**

**ERIC E. GREEN, Individually and**
**on Behalf of All Others Similarly Situated,** **<u>CLASS ACTION</u>**

**Plaintiff,** **Case No. 1:26-cv-27500-DPG**

**v.**

**CLEAR SPRING LIFE AND ANNUITY**
**COMPANY, *et al.*,**

**Defendants.**
**_____________________________________/**

## <u>ORDER</u>

**THIS CAUSE** comes before the Court upon Plaintiffs Ira Rosner and Robert L. Kalinsky's Motion for Appointment of Robbins Geller Rudman & Dowd LLP and Podhurst Orseck, P.A. as Interim Class Counsel ("Motion") [ECF No. 29]. Eric E. Greene, Plaintiff in the consolidated case, *Greene v. Clear Spring Life & Annuity Co.*, No. 1:26-cv-27500 (S.D. Fla.), is not a movant and seeks no relief by the Motion but supports the requested appointment. Defendants take no position on the Motion. Having carefully reviewed the Motion and being otherwise fully advised, the Court hereby orders as follows:

1. The Motion is **GRANTED**. Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, the Court appoints Robbins Geller Rudman & Dowd LLP and Podhurst Orseck, P.A. as Interim Class Counsel for the putative Class in the above-captioned actions and in any related action consolidated with them;

2. Interim Class Counsel shall have the responsibilities and duties specified below:

(a) initiate, brief, and argue motions on behalf of the putative Class on all matters arising during pre-trial proceedings, and prepare, serve, and file opposing briefs in proceedings initiated by other parties;

(b) represent the putative Class at pre-trial, scheduling, and status conferences;

(c) coordinate and conduct the initiation, prosecution, and completion of discovery on behalf of the putative Class;

(d) conduct settlement negotiations with Defendants' counsel, execute necessary settlement documentation, and present any formalized settlement to the Court on behalf of the putative Class;

(e) call and conduct meetings of any Plaintiffs' counsel when appropriate;

(f) delegate specific tasks to other counsel or committees of counsel that Interim Class Counsel may establish as appropriate, in a manner to ensure that pre-trial preparation for the putative Class is conducted efficiently, effectively, and without duplication;

(g) employ and consult with experts;

(h) coordinate pre-trial activities and plan for trial;

(i) conduct trial and post-trial proceedings;

(j) prepare and distribute periodic status reports to the parties;

(k) allocate fees among the various firms doing work in the case, on behalf of the Class, if any are awarded by the Court;

(l) perform such other duties as may be incidental to proper coordination of the putative Class's pre-trial activities or are authorized by further order of this Court;

(m) coordinate and communicate with Defendants' counsel and the Court with respect to the matters addressed in this paragraph;

(n) distribute all notices, orders, and decisions of the Court to all Plaintiffs' counsel to the extent not communicated directly by the Court;

(o) receive orders, notices, correspondence, and telephone calls from the Court on behalf of the putative Class, and be responsible for preparing and distributing the same to all Plaintiffs' counsel upon direction from the Court; and

(p) perform such other duties and undertake such other responsibilities as are necessary or desirable in connection with the prosecution of the litigation.

Interim Class Counsel shall have sole authority to communicate with Defendants' counsel, any third parties, and the Court on behalf of all Plaintiffs and the putative Class. Defendants'

counsel may rely on all agreements made with Interim Class Counsel, and such agreements shall be binding on all Plaintiffs' counsel.

3. Upon the transfer or consolidation of any later-filed related action, this Order shall apply to those actions, and Interim Class Counsel shall prepare and file any consolidated complaint on behalf of all Plaintiffs and the putative Class.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of November, 2026.



**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**